

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-14-00028-CV

Carmelita **RILEY** and Anthony Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez and Puig Management and Rentals LLC.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

On March 5, 2014, after sending appellants a show cause order, we dismissed this appeal for failure to pay the applicable filing fee. On March 21, 2014, appellants filed a motion to reinstate and attached an affidavit from appellants' counsel, which affirmed that counsel had not been aware of this Court's show cause order and that the internet service with counsel's firm had been interrupted. We GRANT appellants' motion to reinstate, WITHDRAW our opinion and judgment of March 5, 2014, and REINSTATE this appeal on the docket of this court.

We ORDER appellants, within ten (10) days of the date of this order, to pay the applicable filing fee in this appeal. *See* TEX. R. APP. P. 5. If appellants fail to pay the applicable filing fee within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** on April 8, 2014

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court